Per Curiam.
 

 One of the surest guides in measuring damages occasioned by a partial taking of real property is the diminution in rental value resulting from the taking, that is, the difference in value before and after the taking. (See Orgel, Valuation under Eminent Domain [2d ed., 1953], ch. IV, p. 225
 
 ei seq.,
 
 
 *863
 
 particularly §§ 64 — 65, pp. 290-302.) In this case, use of the capitalization method to assess the loss in such rental value — a method not employed by the Appellate Division — demonstrates that the ultimate finding made by that court is supported by the weight of the evidence. (Cf.
 
 Matter of Port of N. Y. Auth.,
 
 2 N Y 2d 296, 301;
 
 Sunnybrook Realty Co.
 
 v.
 
 State of New York,
 
 9 N Y 2d 960.)
 

 The judgment appealed from should be affirmed, with costs.
 

 Chief Judge Desmond and Judges Dte, Fuld, Froessel, Van Voorhis, Burke and Foster concur.
 

 Judgment affirmed.